UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>TRIDENT SEAFOODS CORPORATION,<br><br>                    Defendant. | CASE NO. C18-210 MJP<br><br>MINUTE ORDER RE:<br>STATUS REPORT |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On February 9, 2018, the United States filed this Clean Air Act lawsuit against Defendant Trident Seafoods Corporation. (Dkt. No. 1, Complaint.) Contemporaneous with its complaint, the Government filed a Notice of Lodging of Proposed Consent Decree, which indicated:

> Consistent with Department of Justice regulations (28 C.F.R. § 50.7), the United States is inviting the public to comment on the proposed Consent Decree for a period of thirty days before seeking judicial approval. The public comment period will begin upon publication of a notice in the Federal Register, which we anticipate will occur shortly. Upon expiration of that comment period, the United States will advise the Court of any comments received and of the

United States' position as to whether the proposed Consent Decree should be approved and entered by this Court.

Dkt. No. 2, Notice at 1-2.

It has been over 60 days since that representation and the Court has received no indication from the United States of the status of the case or the Government's intentions to move this litigation forward. Wherefore,

IT IS ORDERED that the United States will file a report advising the Court of the status of this litigation and the Government's plan for moving this matter forward to resolution. The status report must be filed by no later than **April 25, 2018.**

The clerk is ordered to provide copies of this order to all counsel.

Filed: April 17, 2018.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk